LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
         rapeterson@locklaw.com

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS ROUPE, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>       v.<br><br>BIG HEART PET BRANDS, INC., a Delaware corporation,<br><br>             Defendant. | Case No. 4:18-cv-01465-JSW<br><br>Related Cases:<br>Mullins (4:18-cv-00861-JSW)<br>Sebastiano (4:18-cv-01466-JSW)<br>Sturm (4:18-cv-01099-JSW)<br>Williamson (4:18-cv-01663-JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING A LEADERSHIP STRUCTURE FOR PLAINTIFFS** |

1  **WHEREAS,** there are presently actions pending in this District against defendant Big Heart Pet Brands, Inc. ("Big Heart Pet Brands" or "Defendant"): *Mullins v. Big Heart Pet Brands, Inc.*, Case No. 4:18-cv-00861-JSW; *Roupe v. Big Heart Pet Brands, Inc.*, Case No. 3:18-cv-01465-JSW; *Sebastiano v. Big Heart Pet Brands, Inc.*; Case No. 3:18-cv-01466-JSW; *Sturm v. Big Heart Pet Brands, Inc.,* Case No. 3:18-cv-01099-JSW; and *Williamson, et al. v. Big Heart Pet Brands, Inc.*, Case No. 3:18-cv-01663-JSW (together, the "Related Actions");

**WHEREAS,** under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay.";

**WHEREAS,** the Related Actions challenge similar alleged conduct by Big Heart Pet Brands and involve common questions of law and fact;

**WHEREAS,** the Parties therefore respectfully submit that consolidation of the Related Actions is appropriate;

**WHEREAS,** to avoid potentially duplicative actions and to prevent any waste of the Court's resources, the Parties agree that the Related Actions should be related and consolidated for all purposes under Fed. R. Civ. P. 42(a), including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Action");

**WHEREAS**, Plaintiffs wish to designate lead counsel ("Leadership Structure");

**WHEREAS,** Defendant takes no position as to the proposed Leadership Structure and designation of Plaintiffs' Lead Counsel and Plaintiffs' Executive Committee in this stipulation;

**WHEREAS,** the Parties have met and conferred and agree that Plaintiffs shall file a single consolidated complaint for the Related Actions by May 4, 2018; and

**WHEREFORE,** the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. Defendant hereby acknowledges service of the summons and complaint in each of the Related Actions. Aside from defenses and objections related to the absence of a summons or service, Defendant expressly reserves all defenses and objections to the complaints filed in each of the Related Actions and any complaints filed in the Consolidated Action.

2. Defendant need not answer, move or otherwise respond to any of the complaints currently filed in the Related Actions.

3. Defendant further reserves its right to seek transfer of the Consolidated Action or, if additional actions are filed in other venues, seek designation of a multi-district litigation.

4. The following actions shall be consolidated for all purposes, including pre-trial proceedings and trial, into one consolidated action:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Mullins v. Big Heart Pet Brands, Inc..* | 3:18-cv-00861-JSW | February 9, 2018 |
| *Roupe v. Big Heart Pet Brands, Inc..* | 3:18-cv-01465-JSW | March 7, 2018 |
| *Sebastiano v. Big Heart Pet Brands, Inc..* | 3:18-cv-01466-JSW | March 7, 2018 |
| *Sturm v. Big Heart Pet Brands, Inc.* | 3:18-cv-01099-JSW | February 21, 2018 |
| *Williamson, et al.,v. Big Heart Pet Brands, Inc.* | 3:18-cv-01663-JSW | March 16, 2018 |

5. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE BIG HEART PET BRANDS LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 4:18-cv-00861-JSW<br><br>(Consolidated with No. 3:18-cv-01465; 3:18-cv-01466; 3:18-cv-01099; and 3:18-cv-01663)<br><br>Hon. Jeffrey S. White<br>Courtroom: 5, 2nd Floor |
|---|---|

6. The files of the Consolidated Action will be maintained in one master file under Lead Case No. 4:18-cv-00861-JSW.

7. Lead Counsel for Plaintiffs for of the Consolidated Action, *In re Big Heart Pet Brands Litigation*, Lead Case No. 4:18-cv-00861-JSW, is designated as follows:

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

8. Plaintiffs' Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. Defendant's counsel may rely upon all agreements made with Plaintiffs' Lead Counsel, or other duly authorized representative of Plaintiffs' Lead Counsel, and such agreements will be binding on Plaintiffs.

9. Plaintiffs' Executive Committee for the Consolidated Action, *In re Big Heart Pet Brands* Litigation, Lead Case No. 4:18-cv-00861-JSW, is designated as follows:

| | |
|---|---|
| ROBBINS ARROYO LLP<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990 | CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Ave NW, Suite 200<br>Washington, DC 20016<br>Telephone: 202-789-3960 |
| GUSTAFSON GLUEK, PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844 | LITE DEPALMA GREENBERG, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Telephone: (973) 623-3000 |

10. If a case that properly belongs as part of *In re Big Heart Pet Brands Litigation*, Lead Case No. 4:18-cv-00861-JSW, is hereafter filed in this Court or transferred to this Court from another court, Plaintiffs' Lead Counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Big Heart Pet Brands Litigation*, Lead Case No. 4:18-cv-00861-JSW.

11. In the interest of efficiency and avoidance of unnecessary duplication of effort or judicial resources by the Court or the Parties, it is further Ordered that (i) Plaintiffs shall file a consolidated complaint on or before May 4, 2018; and (ii) the Parties shall meet and confer within seven (7) days of that filing and propose a schedule with the Court regarding further proceedings in the Consolidated Action, including the filing of Defendant's anticipated motion to dismiss, which will be due no less than 60 days after the filing of the consolidated complaint.

12. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of any document required to be served in the Consolidated Action. Service on Plaintiffs' Lead Counsel will constitute service on Plaintiffs in this action.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 3, 2018 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 3 | | REBECCA A. PETERSON (241858) |
| | | ROBERT K. SHELQUIST |
| 4 | | |
| | | *s/ Rebecca A. Peterson* |
| 5 | | 100 Washington Avenue South, Suite 2200 |
| | | Minneapolis, MN 55401 |
| 6 | | Telephone: (612) 339-6900 |
| | | Facsimile: (612) 339-0981 |
| 7 | | E-mail: rkshelquist@locklaw.com |
| | | rapeterson@locklaw.com |
| 8 | | |
| 9 | | |
| | | ROBBINS ARROYO LLP |
| 10 | | KEVIN A. SEELY (199982) |
| | | STEVEN M. MCKANY (271405) |
| 11 | | 600 B Street, Suite 1900 |
| 12 | | San Diego, CA 92101 |
| | | Telephone: (619) 525-3990 |
| 13 | | Facsimile: (619) 525-3991 |
| | | E-mail: kseely@robbinsarroyo.com |
| 14 | | smckany@robbinsarroyo.com |
| 15 | | |
| | | GUSTAFSON GLUEK, PLLC |
| 16 | | DANIEL E. GUSTAFSON |
| 17 | | KARLA M. GLUEK |
| | | JOSEPH C. BOURNE (308196) |
| 18 | | RAINA C. BORRELLI |
| | | Canadian Pacific Plaza |
| 19 | | 120 South 6th Street, Suite 2600 |
| 20 | | Minneapolis, MN 55402 |
| | | Telephone: (612) 333-8844 |
| 21 | | Facsimile: (612) 339-6622 |
| 22 | | E-mail: dgustafson@gustafsongluek.com |
| | | kgluek@gustafsongluek.com |
| 23 | | jbourne@gustafsongluek.com |
| | | rborrelli@gustafsongluek.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|    |                          |                                                                 |
|----|--------------------------|-----------------------------------------------------------------|
| 1  |                          | CUNEO GILBERT & LADUCA, LLP                                     |
|    |                          | CHARLES LADUCA                                                  |
| 2  |                          | KATHERINE VAN DYCK                                              |
|    |                          | 4725 Wisconsin Ave NW, Suite 200                                |
| 3  |                          | Washington, DC 20016                                            |
| 4  |                          | Telephone: 202-789-3960                                         |
|    |                          | Facsimile: 202-789-1813                                         |
| 5  |                          | E-mail: kvandyck@cuneolaw.com                                   |
| 6  |                          | charles@cuneolaw.com                                            |
| 7  |                          | LITE DEPALMA GREENBERG, LLC                                     |
|    |                          | JOSEPH DEPALMA                                                  |
| 8  |                          | SUSANA CRUZ HODGE                                               |
| 9  |                          | 570 Broad Street, Suite 1201                                    |
|    |                          | Newark, NJ 07102                                                |
| 10 |                          | Telephone: (973) 623-3000                                       |
| 11 |                          | E-mail: jdepalma@litedepalma.com                                |
|    |                          | scruzhodge@litedepalma.com                                      |
| 12 |                          | ***Attorneys for Plaintiff***                                   |
| 13 | Dated:  April 3, 2018    | WINSTON & STRAWN LLP                                            |
| 14 |                          |                                                                 |
| 15 |                          | */s/ Ronald Y. Rothstein*                                       |
|    |                          | Ronald Y. Rothstein (admitted pro hac vice)                     |
| 16 |                          | WINSTON & STRAWN LLP                                            |
| 17 |                          | 35 West Wacker Drive                                            |
|    |                          | Chicago, IL 60601                                               |
| 18 |                          | Telephone: (312) 558-5600                                       |
| 19 |                          | Facsimile:(312) 558-5700                                        |
|    |                          | Email: rrothste@winston.com                                     |
| 20 |                          |                                                                 |
| 21 |                          | Sean D. Meenan                                                  |
|    |                          | Jeanifer E. Parsigian                                           |
| 22 |                          | Winston & Strawn LLP                                            |
| 23 |                          | 101 California, Street, 34th Floor                              |
|    |                          | San Francisco, CA  94111-5840                                   |
| 24 |                          | Telephone: (415) 591-1000                                       |
| 25 |                          | Facsimile: (415) 591-1400                                       |
|    |                          | Email: smeenan@winston.com                                      |
| 26 |                          | Email: jparsigian@winston.com                                   |
| 27 |                          | Attorneys for Defendant                                         |
|    |                          | BIG HEART PET BRANDS INC.                                       |
| 28 |                          |                                                                 |

- 6 -

## SIGNATURE ATTESTATION

I, Rebecca A. Peterson, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Consolidating Related Actions and Appointing A Leadership Structure for Plaintiffs.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: April 3, 2018                               /s/ *Rebecca A. Peterson*
                                                            REBECCA A. PETERSON

****

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____      _____
                                                            HON. JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

*/s/ Rebecca A. Peterson*
REBECCA A. PETERSON