LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Attorneys for Plaintiffs and Putative Class

Ronald Y. Rothstein (*pro hac vice*)
rrothste@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Sean D. Meenan (SBN: 260466)
smeenan@winston.com
Ashley E. Roybal (SBN: 314957)
Aroybalreid@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
DEFENDANT PET BRANDS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEFENDANT PET BRANDS LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Lead Case No. 4:18-cv-00861-JSW<br><br>(Consolidated with Nos. 4:18-cv-01465; 4:18-cv-01466; 4:18-cv-01099; 4:18-cv-01663; and 4:18-cv-02662)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS PLANTIFFS' AMENDED COMPLAINT**<br>.<br>Judge: Hon. Jeffrey S. White<br>Location: Courtroom 5, 2nd Floor |

1      Plaintiffs Maclain Mullins, Thomas Roupe, Neil Sebastiano, Nancy Sturm, Kathy
2  Williamson, Mark Johnson, Norman Todd, Betty Christian, Aubrey Thomas, Joyce
3  Brown, Roberta Mayo, Jack Collins, Vivian Jilek, and Rosemarie Schirripa
4  (collectively, "Plaintiffs") and Defendant Big Heart Pet Brands, Inc. ("Defendant")
5  (together, the "Parties"), by and through their respective counsel of record, hereby
6  stipulate as follows:

7      WHEREAS, Plaintiff filed this action ("the Complaint") on February 9, 2018;

8      WHEREAS, Plaintiff filed an Amended Consolidated Complaint ("Amended
9  Complaint") on June 14, 2018;

10      WHEREAS, on August 28, 2018 Defendant filed and served its Motion to
11  Dismiss the Complaint in its entirety;

12      WHEREAS, on October 12, 2018 Plaintiffs filed and served their opposition
13  papers;

14      WHEREAS, on November 2, 2018, Defendant filed and served its reply papers;

15      WHEREAS, the hearing on the Motion to dismiss was originally scheduled for
16  November 16, 2018, but was rescheduled for January 18, 2018;

17      WHEREAS, due to a scheduling conflicts, Defendant is unavailable on January
18  18;

19      WHEREAS, the foregoing facts constitute good cause to reschedule the hearing
20  on Defendant's Motion to Dismiss;

21      WHEREAS, the parties recognize that the court typically hears motions on
22  Fridays, but were unable to find a mutually agreeable Friday before March of 2019;

23      THEREFORE, the parties respectfully request that the court consider holding the
24  hearing on a day other than on Friday. After meeting and conferring the parties are
25  available on February 6, 7, 12, 13, or 14, 2019, for a hearing on the Motion.

26

27  IT IS SO STIPULATED AND AGREED.

28

Dated: January 7, 2019                    WINSTON & STRAWN LLP

                                          By:   /s/ *Ronald Y. Rothstein*
                                                Ronald Y. Rothstein (*admitted pro hac
                                                vice*)
                                                WINSTON & STRAWN LLP
                                                35 West Wacker Drive
                                                Chicago, IL 60601
                                                Telephone: (312) 558-5600
                                                Facsimile:(312) 558-5700
                                                Email: rrothste@winston.com

                                                Sean D. Meenan
                                                Ashley E. Roybal
                                                Winston & Strawn LLP
                                                101 California, Street, 34th Floor
                                                San Francisco, CA 94111-5840
                                                Telephone: (415) 591-1000
                                                Facsimile: (415) 591-1400
                                                Email: smeenan@winston.com
                                                Email: aroybalreid@winston.com

                                                Attorneys for Defendant
                                                BIG HEART PET BRANDS INC.

Dated: January 7, 2019                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                          By:   /s/ *Rebecca A. Peterson*
                                                Rebecca A. Peterson
                                                Robert K. Shelquist
                                                Lockridge Grindal Nauen P.L.L. P.
                                                100 Washington Avenue South, Suite
                                                2200
                                                Minneapolis, MN 55401
                                                Telephone: (612) 339-6900
                                                Facsimile: (612) 339-0981
                                                Email: rapeterson@locklaw.com
                                                Email: rkshelquist@locklaw.com

2

1

2   Kevin A. Seely
    Steven M. McKany
3   Robbins Arroyo LLP
    600 B Street, Suite 1900
4   San Diego, CA 92101
    Telephone: (619) 525-3990
5   Facsimile :(619) 525-3991
    Email: kseely@robbinsarroyo.com
6   Email: smckany@robbinsarroyo.com
7

8   Daniel E. Gustafson
    Karla M. Gluek
9   Joseph C. Bourne
    Raina C. Borrelli
10  Gustafson Gluek, PLLC
    Canadian Pacific Plaza
11  120 South 6th Street, Suite 2600
    Minneapolis, MN 55402
12  Telephone: (612) 333-8844
    Facsimile: (612) 339-6622
13  Email:
    dgustafson@gustafsongluek.com
14  Email: kgluek@gustafsongluek.com
    Email: jbourne@gustafsongluek.com
15  Email: rborrelli@gustafsongluek.com
16

17  Charles Laduca
    Katherine Van Dyck
18  Cuneo Gilbert & Laduca, LLP
    4725 Wisconsin Ave, NW Suite 200
19  Washington, DC 20016
    Telephone: (202) 789-3960
20  Facsimile: (202) 789-1813
    Email: kvandyck@cuneolaw.com
21  Email: charles@cuneolaw.com
22

23  Joseph DePalma
    Susana Cruz Hodge
24  Lite DePalma Greenberg, LLC
    570 Broad Street, Suite 1201

Newark, NJ 07102
Telephone: (973) 623-3000
Email: jdepalma@litedepalma.com
Email: scruzhodge@litedepalma.com

Attorneys for Plaintiffs

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in

3

the filing of this document has been obtained from the signatories above.

4

5

By:   */s/ Ashley E. Roybal*
Ashley E. Roybal

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Pursuant to the Stipulation and good cause appearing, it is ordered that the motion to dismiss hearing will be rescheduled for _____ at _____.

Dated: _____     _____
                                              Hon. Jeffrey S. White
                                              United States District Judge

1

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS PLAINTIFFS' AMENDED
COMPLAINT - CASE NO. 4:18-CV-00861-JSW